RECEIVED
IN LAKE CHARLES, LA.

JUN 11 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KEVIN PAWLIK<br>FED. REG. NO. 10028-023<br>VS.<br><br>WARDEN JOSEPH P. YOUNG | CIVIL ACTION NO. 09-1860<br>SECTION P<br>JUDGE MINALDI<br><br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's Application for Writ of *Habeas Corpus* Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this _10_ day of _June_, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE